[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-14709
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 30, 2010
JOHN LEY
CLERK

D.C. Docket No. 08-00611-CV-1-CG


KEVIN MCLAUGHLIN,
REBECCA MCLAUGHLIN,
PHILLIP DUTT,
MCLAUGHLIN DUTT, LLC.

                                        Plaintiffs-Appellants,

                    versus

THE KRYSTAL COMPANY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 30, 2010)

Before BIRCH, MARTIN and HILL, Circuit Judges.

PER CURIAM:

This appeal is based upon the district court's grant of a motion for summary judgment filed by The Krystal Company (Krystal), against Krystal licensees/franchisees, Kevin McLaughlin, Rebecca McLaughlin, Phillip Dutt and McLaughlin-Dutt, LLC (appellants). The claims alleged by appellants arose when Krystal declined to renew their license/franchise agreement.

The pertinent facts are amply set forth in the Memorandum Opinion and Order of the district court dated August 14, 2009. We have thoroughly reviewed the record in this case, the briefs and the argument of counsel. Finding no error, we affirm the judgment of the district court granting summary judgment in favor of Krystal.

AFFIRMED.